17

# BEFORE THE UNITED STATES DISTRICT COURT

Vivian Leigh Hall

199 N State Road 23 (PO Box 23)

Otisville, Michigan 48463

       Plaintiff

Case:4:23-cv-13076
Judge: Behm, F. Kay
MJ: Patti, Anthony P.
Filed: 12-05-2023 At 12:43 PM
CMP HALL V IRS, ET AL (LG)

V.

No.: _____

Internal Revenue Service

Department of the Treasury

477 Michigan Avenue

Detroit, Michigan, 48226


IRS Commissioner

Department of the Treasury

477 Michigan Avenue

Detroit, Michigan, 48226

Serve on Secretary of the Treasury Personally

       Defendants

―――――――――――

## COMPLAINT TO CLARIFY BILLING ERROR, TO VOID CLAIM OF DEBT, AND FOR OTHER RELIEF

―――――――――――

Comes now Vivian Leigh Hall, Pro Se, and presents this Complaint to Clarify Billing Error, to Void Claim of Debt, and for Other Relief and in furtherance whereof seeking relief or functional equivalent by remand to the agency for further proceeding and record corrections, states as follows:

FACT PLEADING

1. The Plaintiff, Vivian Leigh Hall, Pro Se, brings this action against the Defendants, the Internal Revenue Service (IRS) and the IRS Commissioner, alleging grievances arising from actions taken by the Defendants related to tax assessment, Notice of Federal Tax Lien (NFTL) filing, breaches of privacy rights, and doubts as to liability.

2. The Plaintiff avers that the Defendants have infringed on Vivian Leigh Hall's privacy rights under the laws of Michigan and federal regulations, including the Privacy Act, AND THAT AS IT IS A US GOVERNMENT CORP DEFENDANT THIS COURT HAS AUTHORITY UNDER 28 USC 1331 FEDERAL QUESTION JURISDICTION AND 28 USC 2201 AND 2202 DECLARATORY JUDGMENT AUTHORITY.

3. Hall asserts that the Defendants have inaccurately assessed a tax liability against her, and that they have done so in a manner that seems to be in violation of both state law protection of consumers/debtors and as well as applicable federal regulations, inasmuch as they have unilaterally decided that she is one who is required to pay without due process of the law afforded to her to challenge records upon which she is

viewed in the light least favorable to her and most favorable to her being accountable
for liability.

4. Hall further maintains that the Defendants' filing of the Notice to Nominee (or
otherwise seeming to imply debt liability against her) of Federal Tax Lien (NFTL) and of
Federal Tax Debt has caused unwarranted harm to her and her perception of
creditworthiness and has hindered her ability to secure additional credit, thus breaching
her rights and protections under state and federal laws.  And frankly their aggression
and approach, when considering the IRC that they operate under, is an act of
intimidation and coercion placing her under duress to say the least.  And it is suspected
that they will now try to explain their billing error and assessment error by asserting after
the mistake (after 11/22/2023) for the first time as a matter of record that Hall is an "alter
ego" or that the taxed party is an alter ego of hers unifying them to make the mistake of
no consequence and that theory is categorically rejected and opposed as specifically
objected to by Hall.

5. Hall contends that the Defendants' actions constitute a breach of their duties and
obligations, which include ensuring accurate tax assessments and adherence to privacy
protection requirements which includes (a) making sure that the records are accurate
and complete, (b) making sure that they are timely formed, (c) making sure that they are
not irrelevant material laden, and (d) making sure that due process of the law is afforded
to Plaintiff when determining things upon which adverse determinations would be made
against Plaintiff.

6. Vivian Leigh Hall specifically points out that there is substantial doubt as to liability in this matter, as an unaccepted Offer in Compromise (OIC) is currently pending. Vivian Leigh Hall asserts that it is unclear how or why an analysis led to the conclusion that she is obligated to pay the assessed amount in the first instance nor how the conclusion was reached that she (or her concern or any under whose employ she operates as uncompensated volunteer and appointee if that is the nexus) was (a) one who is taxable, and (b) subject to tax lien therefore, and (c) as such a manner which passes through personal liability to her in the end equation.

7. Plaintiff comes for judicial inspection and exhaustion of the transaction where the Defendants have and maintain records on the Undersigned with her personal identifying information and they do business within the meaning of the state laws on the topic such that they must be deemed to be involved in the business of debt collection and owe due process regarding it including addressing billing errors when raised as Plaintiff has raised them here in her challenges (See notice found below at Exhibit A annexed).

8. Remedies have been exhausted in asmuch as the Plaintiff has issued forth notice of billing error and challenge to the perceived records error regarding her identity, standing, status and as to "labelling her' generally as a "tax payer", and DUE PROCESS application issued as well as OIC which have not been adequately answered to date. **See Exhibit annexed hereto and incorporated herein by reference.**

CONCLUSION

9. The Plaintiff, Vivian Leigh Hall, asserts that this state lawsuit raises valid claims under Federal laws, Michigan Laws, and applicable federal regulations.

10. Vivian Leigh Hall respectfully implores this Honorable Court to evaluate her claims and grant the remedies and relief sought in this state lawsuit.

RELIEF SOUGHT

As a preliminary matter it is imperative that the other side submit to this Court a Corporate Affiliations Statement which discloses who they are, who they operate on behalf of as it pertains to the Plaintiff, what their parentage is, and most importantly before they are accorded deference as if they are "the government (ambiguously)" or represent a "government interest" in their endeavors they should declare and disclose under what capacity they operate in seeking and enforcing billing statements against Plaintiff under what seems to be implied at law contract which thereby implied statutes presumed to apply to her of enforcement and other nature that may or may not depending upon their status and capacity and their presumption of the nexus with her person and the interest that they are pursuing by which liability has seemingly landed at her proverbial doorstep.  They should also be required to submit a Corporate Disclosure Loss Statement as it pertains to the alleged debt involved so that we can see who, if

anyone, is losing money and what the actual amount due is or was and what the correlating actual amount to be lost may be.

A. Vivian Leigh Hall requests this Honorable Court to issue a declaratory order, declaring that the tax assessment and NFTL filing violate Michigan privacy laws and federal regulations, including the Privacy Act.

B. Vivian Leigh Hall seeks a declaration from the Court that the Defendants' actions have adversely impacted her credit rating and necessitate appropriate remedies to rectify the incurred damage.

C. Vivian Leigh Hall petitions for an injunction mandating the Defendants to lift the tax lien and associated notice if either or both have not been lifted to date. She further requests correction of any inaccuracies in the tax assessment based on precise corrected privacy records inclusive of the information that he provided and then financial records if indeed they still appertain after adjusting based on the challenges.

D. Vivian Leigh Hall urges the Court to order the Defendants to either void the records completely if they cannot reveal and reconcile how they came to the conclusion that Plaintiff is taxable OR if and only if they can do that compel that they negotiate a fair compromise, considering the accurate tax filing that rectifies any erroneous information.

E. Vivian Leigh Hall requests an award of attorney's fees and costs incurred in pursuing this lawsuit.

F. Vivian Leigh Hall requests any additional relief that this Honorable Court deems just and equitable under the totality of the circumstances in her favor.

G. If needed, where there is no adequate remedy at law if such fact is found, impress a trust upon the Defendants and by and through the use thereof cause the relief sought to be provided to Plaintiff *and it is perfectly fine for the Court to remand the matter to the agency to resolve, void, and restore funds (disgorge funds to Plaintiff if any taken), and to close the matters in resolution of the Complaint so long as functionally equivalent outcome is achieved intra-agency whereas if the Court uses this option the court should retain jurisdiction to oversee that its intent/the intent of this submission is carried out.*

Respectfully submitted,

/s/ _____ [L.S./SEAL]

Vivian Leigh Hall
(previously known as Vivian Leigh Henson)
199 N State Road 23 (PO Box 23)
Otisville, Michigan 48463
Cell Phone: 810-908-5307
Email: fabvivian555@gmail.com

# EXHIBIT A

### FORMAL REQUEST FOR COLLECTION DUE PROCESS AND
### CHALLENGE UNDER THE PRIVACY ACT
### (APPEAL AND NOTICE OF SUIT TO THE USDC)

Date of Submission: Dispatched via
USPS Certified Mail, Prepaid on 11/22/2023

FROM:
Vivian Leigh Hall (previously known as Vivian Leigh Henson)
199 N State Road 23 (PO Box 23)
Otisville, Michigan 48463
Cell Phone: 810-908-5307
Email: fabvivian555@gmail.com

Directed to:
Internal Revenue Service
Department of the Treasury
477 Michigan Avenue, Detroit, Michigan, 48226

Additionally to:
Office of Tax Appeals Division
C/O 477 Michigan Avenue, Detroit, Michigan, 48226
Attention: Direct Supervisor

Subject Matter: Comprehensive Appeal for Administrative Process Review, Suggestion
for Offer in Compromise, Notice of Objection, and Declaration of Intent for Legal Action;
Challenge to Record Accuracy under the Privacy Act [This Enumerated Complaint for
Administrative Exhaustion and Proposal for Offer in Compromise and Notice of Intent to
Sue due to the lawful Protest included herein in accord with Administrative Exhaustion
Protocols promoted and promulgated for use in these situations …]

Esteemed IRS Representatives,

This is notice to you all and by and through you all to all whom it may concern.  This is
COLLECTION DUE PROCESS DEMANDED HEREIN SEEKING DISCHARGE &/OR
RELEASE IMMEDIATELY DUE TO FURTHER HARDSHIP IMPOSED CAUSING
FINANCIAL INJURY.  I am presenting this formal request and challenge, motivated by
significant financial distress and hardships that have arisen due to the actions of the
Internal Revenue Service (IRS). This comprehensive document asserts my rights and
outlines my concerns, following the protocols for administrative exhaustion as stipulated

by the IRS. In relation to this with every due respect just to be thorough I also communicate herein the need for (a) corporate affiliation disclosures from you so that I know who you are and whose interests you purport to represent for the record, and (b) corporate loss disclosure statement as it pertains to this particular transaction or transactions to see what the actual loss if any involved here is inasmuch as it seems asserted that I have a commingled interest in the outcome or primary or guarantor or nominee liability here for the record:

1. Personal Identification and Accuracy Concerns:
   - Identification: Vivian Leigh Hall (formerly Vivian Leigh Henson).
   - Contact Details: As mentioned above.
   - Issues regarding inaccuracies in IRS assessments, constituting a violation of the Privacy Act's mandate for precise and complete record-keeping.
   - An urgent request for the rectification of these inaccuracies in my tax records.

2. Appeal for Review and Adjustment of Penalties:
   - A strong request to reassess and review the IRS's current findings and decisions.
   - Detailing the period under dispute with comprehensive objections and justifications.
   - Rejection of the FTR notice 6702 that imposed a $10,000 penalty, citing its inapplicability and requesting its reconsideration.

3. Detailed Objection, Appeal, and Request for Debt Relief:
   - A thorough objection to the PENALTY IMPOSED IN PLACE OF PRIOR ASSESSMENT.
   - Demand for relief from the proposed debt, pending an accurate and equitable reassessment due to substantial inaccuracies and breaches of the Privacy Act.

4. Suspension of Liens and Taxpayer Status Investigation:
   - A request for the immediate halt of any liens or enforcement actions while these matters are under review and correction.
   - A call for an in-depth examination and clarification regarding the determination of my taxpayer status.

5. Proposition for Settlement and Resolving Disputes:
   - Proposing the removal of tax liens and adjustments to tax obligations.
   - Submission of an Offer in Compromise to resolve outstanding tax disputes.

6. Pursuit of Administrative Remedies and Regular Updates:
   - A commitment to fully explore all available administrative remedies, including the right to appeal.
   - Anticipation of regular updates on the progress of complaint resolution and the assessment of the Offer in Compromise.

This submission is an encapsulation of my strong objection to the current tax assessments, penalties, and IRS processes, supported by legal challenges under the U.S. Constitution and the Privacy Act. It also signifies my readiness to pursue legal

avenues should an amicable and equitable resolution not be forthcoming through administrative means. Please grant release and discharge. During the period of records correction communication and appeal/exhaustion as well as Judicial Review suspend the LIEN, the NOTICE OF LIEN, and Enforcement activities of any kind. And as record correction relief I seek suppression altogether and nullification of all adverse decisions and impact to the Undersigned. Concurrently herewith USDC suit is filed to preserve the filing date and comply with the deadlines imposed through the APA and other regulatory considerations.

**CAP Procedures**

If your only collection contact has been a notice or telephone call:

- Call the IRS telephone number shown on your notice
- Explain why you disagree and that you want to appeal the decision
- Be prepared to discuss your case and have all relevant information handy
- Before you can start the appeals process with the Office of Appeals, you will need to first discuss your case with a Collection manager, unless the appeal involved a rejected, proposed for modification, modified, proposed for termination or terminated installment agreement

If you have already been in contact with a revenue officer:

- Call the revenue officer you've been dealing with
- Explain why you disagree and that you want to appeal the decision
- Be prepared to discuss your case and have all relevant information handy
- Before you can start the appeals process with the Office of Appeals, you will need to discuss your case with a Collection manager, unless the appeal involved a rejected, proposed for modification, modified, proposed for termination or terminated installment agreement
- Complete <u>Form 9423, Collection Appeals Request</u>**PDF**
- Submit the completed Form 9423 to the revenue officer within 3 business days of your conference with the Collection manager

Note that the Undersigned chooses more than Collection Action Protest or Collection Action Review. The nature of this submission is protest, notice of intent to sue, and notice of application to suppress collection action and to suspend the same, the assessment, the self-assessment that all is based on, and to provide redress for the errors in the records and billing.

You are entitled to a Collection Due Process (CDP) hearing with Appeals if the IRS sends you a notice that states you have the right to request a CDP hearing, such as:

- Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320
- Final Notice - Notice of Intent to Levy and Notice of Your Right to A Hearing
- Notice of Jeopardy Levy and Right of Appeal
- Notice of Levy on Your State Tax Refund – Notice of Your Right to a Hearing
- Post Levy Collection Due Process (CDP) Notice

**CDP Procedures**

- You generally have 30 days from the date of the notice to timely request a CDP hearing
- Complete <u>Form 12153, Request for a Collection Due Process or Equivalent Hearing</u>**PDF**
  - It's important to identify all the reasons for any disagreement you have
- Send the completed Form 12153 to the same address that is shown on your CDP Notice
- ***If your request is timely made, you will be entitled to an Appeals hearing and to seek judicial review of that hearing with the Tax Court***
- ***If your request is timely, IRS levy action is generally suspended against you for the tax periods you appealed***
- ***If your request is not timely, you are still entitled to request a CDP Equivalent Hearing with Appeals within the 1-year period described in the Form 12153. However, if you still disagree with the Appeals decision in the Equivalent Hearing you have no right to judicial review by the Tax Court***

The law states that as to the issues raised herein according to the IRS, "a letter [or Notice] challenging and/or seeking appeal [exhaustion] should include the following:

Taxpayer's name, address, and contact information.
The fact that an appeal is desired and thereby taken.

The law states and directs that: "[Y]ou may use the CAP process if you are involved in any of the following collection actions:

- Notice of "PENALTY IMPOSED", filed or proposed to be filed

- Levy action, taken or proposed

- Rejection of Installment Agreement

- Termination of Installment Agreement

- Modification of Installment Agreement

- Disallowance of taxpayer request to return to levied property

- Seizure".

In closing, without agreeing to or stipulating to, any liability claimed

To be specific the obligation claimed is accepted for value and the Undersigned unconditionally promises to pay all just obligation without delay upon permission of presentment and/or inspection of the original contract and commercial agreement instruments creating the liability claimed and in the event where (a) it has been reassigned, and/or (b) where the same are predicated upon self analysis and self-reporting, the underlying and resulting delegations of authority transfers and designation contract and commercial agreements should be presented or exhibited for inspection that found the presumption of and obligation basis of the demands for payment including any analysis and label as "tax payer" accorded the Entity or any individual associated. To be specific in the letter it states that the Undersigned was identified as the "nominee" within the meaning of the Tax codes and IRC and as such responsible for the obligation to pay, or perform, and guarantee that such will be done under penalty of adverse action for non-performance. The intent here is not repudiation but rather lawful authentication of obligation request. As a routine matter provisions waiving presentment and notice of dishonor, notice of demand for payment, notice of default, and notice of protest are STRICKEN from transactions and documents that the Undersigned endorses or bears any liability upon so she must see and inspect that initialed and stricken provision in an original contract or commercial agreement and inspect endorsements for authenticity as a matter of due diligence and privity verification. She has not the authority to NOT do it and asks the indulgence of this business as she performs her legal duties. The law provides that there is no obligation to read the law in the light least favorable to oneself and in fact 5th and 14th amendment USCA protect one from having to do that. This pertains to "implied at law contracts, agreements, and trusts, as well as In-effect hybrids of any of these alone or in combination as well."

I present an Offer in Compromise Proposal:
a. I propose an Offer in Compromise (OIC) to settle the tax liability alleged. Given the accused "billing errors" in the initial demand letters and processes, I believe that a recalculated tax liability would be significantly lower. Specifically

In good faith, I offer to pay [proposed amount or $2,000.00] as a one-time settlement of the tax liability. This offer takes into account inaccurate financial records and the rectification of the errors in the initial assessment. There is doubt as to any liability altogether however out of an abundance of caution I seek to eradicate the claim of obligation altogether without dispute processes. I accept the Discount on taxes imposed and concur with the reduction to $0.00 taxes owed. Within 30 days pursuant to the Privacy Act and records correction demand I am eager to ensure that the issues are appropriately addressed and that a fair resolution is reached. I respectfully request an update on the progress of the review and any actions taken in response to my enumerated complaint and OIC proposal.

Specifically, I would appreciate an update disclosure letter/information regarding the following:

1. Status of Complaint Resolution:
   a. Have the inaccuracies in the tax assessment and FTL filing been identified and acknowledged?
   b. Is there an anticipated timeline for addressing and rectifying the errors identified in my complaint?

2. Offer in Compromise (OIC) Review:
   a. Has my proposed OIC been received and reviewed by the appropriate department?
   b. Are there any additional documents or information required to facilitate the review of the OIC?

3. Steps Towards Resolution:
   a. What steps, if any, have been taken towards lifting the tax lien and associated notice?
   b. Have there been any developments in negotiating a resolution based on accurate financial records?


I am committed to cooperating fully with the IRS and ensuring that this matter is resolved in a fair and equitable manner. As I continue to explore all available avenues for resolving this issue, I kindly request your timely response and guidance.


Presented in Good faith



/s/x_____ [LS./SEAL] for and regarding
Any interest in and presumed interest in the Taxed Party
Ms./Mrs. Vivian Leigh Hall
199 N State Road 23 (PO Box 23)
Otisville, Michigan 48463
Cell Phone: 810-908-5307
Email: fabvivian555@gmail.com

Copies sent to:
Collections Department, Internal Revenue Service
Office of Appeals
[Other relevant entities as applicable]

Attachments:

Supporting documents relevant to the case (if applicable)

# VERIFICATION

STATE OF MICHIGAN :: US DISTRICT, SS:

I have read the foregoing and know its contents.

The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California and 28 USC 1746 that the foregoing is true and correct.

Executed on November 26, 2023 at home, in Michigan.


/s/_x___VLH_____ [L.S./SEAL]

VIVIAN LEIGH HALL

PO Box 23

Otisville, MI. 48463

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
VIVIAN LEIGH HALL

## DEFENDANTS
IRS, ET. AL.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE
Po Box 23 Otisville, MI 48463

Attorneys *(If Known)*
SERVE ON US AG
950 PENNSYLVANIA AVE NW WASHINGTON, DC 20530

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | |
| ☐ 2 | U.S. Government Defendant | |
| ☒ 3 | Federal Question *(U.S. Government Not a Party)* | |
| ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| | | | | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
5 USC 702 and 28 USC 2201 DECLARATORY RELIEF AND REMAND REQUEST
Brief description of cause:
Suit for Judicial Review, to correct records, and to enjoin further collection action on  5 USC 552/5 USC 706 violative records

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
N/A

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  11/26/23

SIGNATURE OF ATTORNEY OF RECORD   PRO SE

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

